IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IVORY JOE TISDALE,                      )
                                        )
                Petitioner,             )
                                        )          1:22CV1029
        v.                              )          1:20CR209-1
                                        )
UNITED STATES OF AMERICA,               )
                                        )
                Respondent.             )

## ORDER

On February 17, 2026, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 187.) No response was filed.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report.[1] The court therefore adopts the Magistrate Judge's Recommendation.

---

[1] In addition to the grounds discussed in the Magistrate Judge's Recommendation, Petitioner continues to assert that he was wrongly denied the identity of the Government's confidential informants. (See Doc 170 at 31, 42, 43, 55.) Petitioner previously raised pro se motions to disclose the identity of the confidential informants (Docs. 129, 137), which the court heard and denied (Doc. 158 at 11). This assertion is not only meritless for the reasons previously discussed (Doc. 158 at 10-11), but also is barred from forming the basis for a claim for ineffective assistance of counsel given that Petitioner himself was permitted to argue his motions, both when he elected to proceed pro se (Minute Entry

IT IS THEREFORE ORDERED that Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence (Doc. 170) is DENIED as to the first claim and DISMISSED as to the remaining claims, and that Petitioner's Motion for Summary Judgment (Doc. 179) and Motion for Evidentiary Hearing (Doc. 180) are DENIED, and that, there being neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is not issued.

IT IS FURTHER ORDERED that the Motion to Expedite (Doc. 182) is MOOT in light of the issuance of the Recommendation.

/s/   Thomas D. Schroeder
United States District Judge

March 25, 2026

---

5/4/21; Doc. 153), and thereafter while he was represented by counsel (see Doc. 158).